# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| THE NEUROSURGICAL GROUP OF CHATTANOOGA, P.C. | )<br>)<br>)<br>) |
| Plaintiff, | )     No. 1:13-cv-00363<br>) |
| vs. | )<br>) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | )<br>)<br>) |
| Defendant. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff and Defendants, by and through their respective undersigned counsel, hereby provide notice that this matter has been resolved. The Plaintiff's Complaint is hereby dismissed, with prejudice, with each party bearing its own respective attorneys' fees and costs.

Respectfully submitted this 17th day of April, 2014.

/s/ William H. Horton (with permission)
William H. Horton
Horton, Ballard & Pemerton PLLC
735 Broad Street, Suite 306
Chattanooga TN 37402
Phone: (423) 826-2645
Fax: (423) 826-2639
whorton@whorton-law.com

*Counsel for the Plaintiff*

/s/ Jeffrey S. Price
Jeffrey S. Price      TN Bar No. 19950
Manier & Herod, P.C.
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
Phone: (615) 244-0030
Fax: (615) 242-4203
JPrice@manierherod.com

*Counsel for the Defendant*